UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| INDUSTRIAL BOILER & MECHANICAL CO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-cv-180 |
| | ) | |
| v. | ) | Magistrate Judge Carter |
| | ) | |
| BRIDGEFIELD CASUALTY INSURANCE COMPANY, SUMMIT CONSULTING, INC., and BROCK INSURANCE AGENCY, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

The parties have consented to the undersigned Magistrate Judge and are in the process of reaching a settlement of the case. Therefore, with agreement of all parties, the deadlines and the trial date are CONTINUED. A status telephone conference is scheduled for **Thursday, April 16, 2009, at 10:00 am EST.**

    SO ORDERED.

    ENTER:

Dated: February 5, 2009        *s/William B. Mitchell Carter*
                                            UNITED STATES MAGISTRATE JUDGE