IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| INDUSTRIAL BOILER & MECHANICAL CO., INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:08 CV 180 ) |
| BRIDGEFIELD CASUALTY INSURANCE COMPANY, SUMMIT CONSULTING, INC. and BROCK INSURANCE AGENCY, INC. | ) Collier/Carter ) ) ) |
| Defendants. | ) |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW, Industrial Boiler & Mechanical Co. Inc., Bridgefield Casualty Insurance Company, Summit Consulting, Inc., and Brock Insurance Agency, Inc. by and through undersigned counsel, and state to the Court that all differences heretofore existing in this matter have been settled and that they are in agreement that the matter may be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter be hereby dismissed with prejudice with each party bearing their own costs.

ENTER.

_____
Honorable Judge William B. Carter

MOORE INGRAM
JOHNSON & STEELE
limited Liability Partnership
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631

APPROVED FOR ENTRY:

By: s/Alexander T. Galloway III
Alexander T. Galloway III, BPR # 021966
Attorney for Defendants Bridgefield Casualty
Insurance Company and Summit Consulting, Inc.
MOORE INGRAM JOHNSON & STEELE, LLP
Emerson Overlook
326 Roswell Street
Marietta, Georgia 30060
770-429-1499 [phone]

Cedar Ridge Office Park, Suite 500
408 N. Cedar Bluff Road
Knoxville, Tennessee 37923
865-692-9039 [phone]
865-692-9071 [fax]

By: s/ Hoyt O. Samples
Hoyt O. Samples, BPR # 6765
[signed w/express permission]
Attorney for Industrial Boiler & Mechanical Co.
SAMPLES, JENNINGS, RAY & CLEM, PLLC
130 Jordan Drive
Chattanooga, TN 37421

By: s/ Barry Howard
Barry Howard, BPR # 5887
[signed w/express permission]
Attorney for Brock Insurance Agency, Inc.
HOWARD TATE SOWELL WILSON
LEATHERS & JOHNSON
150 Second Avenue North, Suite 201
Nashville, Tennessee 37201

MOORE INGRAM
JOHNSON & STEELE
mited Liability Partnership
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631

-2-
Case 1:08-cv-00180-WBC   Document 43   Filed 08/06/09   Page 2 of 3   PageID #: 222

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed electronically a copy of the within and foregoing CONSENT ORDER OF DISMISSAL WITH PREJUDICE. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing system. Parties may access this filing through the Court's electronic filing system. All parties will be served by regular U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

>Hoyt O. Samples, Esq.
>J. Christopher Clem, Esq.
>SAMPLES, JENNINGS, RAY & CLEM, PLLC
>130 Jordan Drive
>Chattanooga, Tennessee 37421
>
>Barry Howard, Esq.
>HOWARD TATE SOWELL WILSON & BOYTE, PLLC
>150 Second Avenue, North, Suite 201
>Nashville, Tennessee 37201-1934

This 6th day of August, 2009.

>s/Alexander T. Galloway III
>Alexander T. Galloway III

MOORE INGRAM
JOHNSON & STEELE
Limited Liability Partnership
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631